## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | | |
|---|---|---|
| JOSEPH GABRIEL PAOLILLO and | § | |
| JOSEPH PETER PAOLILLO | § | **PLAINTIFFS** |
| | § | |
| v. | § | **CAUSE NO. 1:02CV148** |
| | § | |
| BETHEL BAPTIST CHURCH OF | § | |
| LUCEDALE, INC., ET AL. | § | **DEFENDANTS** |

### JUDGMENT BY DEFAULT PURSUANT TO FED. R. CIV. P. 55

THIS CAUSE came on for hearing before the Court on Plaintiffs' Motion for Default

Judgment against William Knotts and Bethel Baptist Church of Lucedale, Inc., f/k/a Bethel

Children's Home, f/k/a Bethel Boys Academy, a/k/a Bethel Baptist Church and School, a/k/a

Bethel Baptist Church and Childrens' Home, the issues having been duly heard and considered

and a decision having been duly rendered in the form of Findings of Fact and Conclusions of

Law stated orally and recorded in open court on December 11, 2006 pursuant to FED.R.CIV.P. 52,

**IT IS THEREFORE ORDERED AND ADJUDGED,** that the Plaintiffs Motion for

Default Judgment pursuant to FED. R. CIV. P. 55, should be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED AND ADJUDGED,** that Plaintiff Joseph Peter Paolillo

shall recover of Defendants William Knotts and Bethel Baptist Church of Lucedale, Inc., f/k/a

Bethel Children's Home, f/k/a Bethel Boys Academy, a/k/a Bethel Baptist Church and School,

a/k/a Bethel Baptist Church and Childrens' Home, jointly and severally, the total sum of

$59,709.50, with interest thereon at the rate of 4.87 percent as provided by law.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff Joseph Gabriel Paolillo

shall recover of Defendants William Knotts and Bethel Baptist Church of Lucedale, Inc., f/k/a

Bethel Children's Home, f/k/a Bethel Boys Academy, a/k/a Bethel Baptist Church and School, a/k/a Bethel Baptist Church and Childrens' Home, jointly and severally, the total sum of $900,000.00, with interest thereon at the rate of 4.87 percent as provided by law.

**IT IS FURTHER ORDERED AND ADJUDGED** that execution or other appropriate process may issue for collection of this judgment.

**SO ORDERED AND ADJUDGED** this the 11th day of December, 2006.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE